THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAD SANGUINETTI,

    Plaintiff,                                 CASE NO. 3:09-cv-00936-HLA-HTS

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
.
_____

**NOTICE OF SETTLEMENT**

_____

**NOTICE OF SETTLEMENT**

      NOW COMES the Plaintiff, BRAD SANGUINETTI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

///

///

///

///

Respectfully Submitted,

NOTICE OF SETTLEMENT

1

DATED: March 2, 2010				KROHN & MOSS, LTD.

					By:	/s/ Matthew Kiverts\_\_
						Matthew Kiverts
						Krohn & Moss, Ltd
						120 W Madison St, 10th Floor
						Chicago, IL 60602
						Phone: (312) 578-9428 ext. 203
						Fax:(866) 431-5576
						Attorney for Plaintiff
						FBN: 0013143