THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRAD SANGUINETTI,

Plaintiff,                                                           CASE NO. 3:09-cv-00936-HLA HTS

v.

CENTRAL CREDIT SERVICES, INC.,

       Defendant.
_____/

### STIPULATAION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, BRAD SANGUINETTI and Defendant, CENTRAL CREDIT SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, BRAD SANGUINETTI, against Defendant, CENTRAL CREDIT SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) with the parties to bear their own fees and costs.

Dated:  April 6, 2010        KROHN & MOSS, LTD.

                                        /s/ James Pacitti, Esq.
                                        James Pacitti, Esq.
                                        Attorney for Plaintiff,
                                        BRAD SANGUINETTI


Dated:  April 6, 2010        BURR & FORMAN, LLP

                                        /s/ R. Frank Springfield, Esq.
                                        R. Frank Springfield, Esq.
                                        Attorney for Defendant,
                                        CENTRAL CREDIT SERVICES, INC.