UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BRAD SANGUINETTI**,

    Plaintiff,

v.                          CASE NO. 3:09-cv-936-25MCR

**CENTRAL CREDIT SERVICES, INC.**,

    Defendant.

_____

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 12), it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of April, 2010.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record